NUMBER 13-08-00266-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

DALE WALKER AND FLORENCE WALKER, Appellants,


v.



K-3 RESOURCES, L.P., A/K/A AND D/B/A K-3

BMI, A/K/A AND D/B/A K-3 SERVICES, 

A/K/A AND D/B/A BIOSOLIDS MANAGEMENT;

MANAGEMENT BY KE3, L.P. K-3 RESOURCES, 

INC.; SERVICES BY KE, L.L.C.; KARLIS 

ERCUMS, III; AND JOHNNY LEE KING, JR., Appellee. 

_____________________________________________________________


On appeal from the 105th District Court 


of Kleberg County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 

 Appellants, Dale Walker and Florence Walker, perfected an appeal from a judgment
entered by the 105th District Court of Kleberg County, Texas, in cause number 06-550-D. 
Appellants have filed an agreed motion to dismiss appeal on grounds that the parties have
reached an agreement to settle and compromise their differences. Appellants request that
this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' agreed motion
to dismiss appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellants' agreed motion to dismiss appeal is granted, and the appeal is
hereby DISMISSED. The parties have agreed, as part of the settlement, to bear their own
costs incurred in this appeal. Having dismissed the appeal at appellants' request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 23rd day of October, 2008.